1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  STEPHANIE A. VEGA, as an individual,        Case No.  1:14-cv-01790 JLT
    and on behalf of all others similarly
12  situated,                                   **ORDER ON STIPULATION FOR LEAVE
                                                TO FILE A FIRST AMENDED
13                          Plaintiff,          COMPLAINT**

14          v.                                  (Doc. 24)

15  WEATHERFORD U.S., LIMITED
    PARTNERSHIP, et al.,
16
                            Defendants.
17

18          Based upon the stipulation of counsel, the Court **ORDERS:**

19          1.   Plaintiff shall file the proposed First Amended Complaint within 7 days of this order; and

20          2.   Defendants shall respond to the pleading within 28 days thereafter.

21

22  IT IS SO ORDERED.

23      Dated:   __March 13, 2015__              _____/s/ Jennifer L. Thurston__
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28