UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE A. VEGA, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEATHERFORD U.S., LIMITED PARTNERSHIP, a Louisiana limited partnership; WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC, a Delaware limited liability company; and DOES 3 through 10,<br><br>Defendants. | Case No. 1:14-cv-01790---JLT<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>(Doc. 42) |

## [PROPOSED] ORDER

Based upon the parties' stipulation, the Court **ORDERS**:

1. Plaintiff's request to file a second amended complaint attached as "Exhibit A" to the stipulation is **GRANTED**, as follows:

   a. Plaintiff **SHALL** file the proposed second amended complaint within 7 days after the date of this order; and

   b. Defendants SHALL file their responsive pleadings within 28 days thereafter.

IT IS SO ORDERED.

Dated:   **September 8, 2015**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE