UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE A. VEGA, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEATHERFORD U.S., LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | Case No.  1:14-cv-01790 JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 61) |

On April 12, 2016, the parties notified the Court that the matter is settled.  (Doc. 61)  They report they will memorialize the settlement in written documents.  Id.  Therefore, the Court **ORDERS:**

1. The motion for preliminary approval of the class settlement **SHALL** be filed no later than **June 3, 2016;**

2. All pending dates, conferences and hearings are **VACATED** and any pending motions are ordered **TERMINATED.**

///

///

///

///

**Failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **April 19, 2016**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR LEAVE TO FILE A
FIRST AMENDED COMPLAINT

Case No. 1:14-cv-01790---JLT