1  MICHELLE B. HEVERLY, Bar No. 178660
   mheverly@littler.com
2  KARIN M. COGBILL, Bar No. 244606
   kcogbill@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, California  94104
   Telephone:   415.433.1940
5  Fax No.:     415.399.8490

6  ROBERT W. PRITCHARD, Bar No. 76979 (*Pro hac vice*)
   rpritchard@littler.com
7  LITTLER MENDELSON, P.C.
   625 Liberty Avenue, 26th Floor
8  Pittsburgh, PA 15222
   Telephone:   412.201.7600
9  Fax No.:     412.456.2377

10 KYLE W. NAGEOTTE, Bar No. 285599
   knageotte@littler.com
11 LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
12 San Diego, CA  92101.3577
   Telephone:   619.232.0441
13 Fax No.:     619.232.4302

14 Attorneys for Defendants
   WEATHERFORD U.S. and WEATHERFORD ARTIFICIAL
15 LIFT SYSTEMS, LLC

16 *(Additional Counsel listed on next page)*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE A. VEGA and MICHAEL D. McNATT, as an individuals, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEATHERFORD U.S., LIMITED PARTNERSHIP, a Louisiana limited partnership; WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC, a Delaware limited liability company; and DOES 3 through 10,<br><br>Defendants. | CASE NO.  1:14-CV-01790 JLT<br><br>**ORDER REGARDING THE JOINT STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Judge:   Mag. Judge Jennifer L. Thurston |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Case No.  1:14-CV-01790 JLT

JOINT STIPULATION

1  HERNALDO JOSE BALTODANO, Bar No. 222286
   hjb@bbemploymentlaw.com
2  ERICA FLORES BALTODANO, Bar No. 222331
   efb@bbemploymentlaw.com
3  BALTODANO & BALTODANO LLP
   733 Marsh Street, Suite 110
4  San Luis Obispo, CA 93401
   Telephone:   805-322-3412
5  Fax No.:     805-322-3413

6  PAUL K. HAINES, Bar No. 248226
   phaines@haineslawgroup.com
7  FLETCHER W. SCHMIDT, Bar No. 286462
   fschmidt@haineslawgroup.com
8  HAINES LAW GROUP, APC
   2274 E Maple Avenue, Suite A
9  El Segundo, CA 90245
   Telephone:   (424) 292-2350
10 Fax No.:     (424) 292-2355

11 Attorneys for Plaintiffs
   STEPHANIE A. VEGA and MICHAEL D. McNATT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

JOINT STIPULATION

1  IT IS HEREBY STIPULATED by and between Plaintiffs STEPHANIE VEGA and MICHAEL McNATT ("Plaintiffs") and Defendants WEATHERFORD U.S. AND WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC (collectively "Defendants") (collectively, "the Parties"), by and through their attorneys of record:

WHEREAS, the Parties gave notice that they reached a class-wide settlement of this matter on April 12, 2016 (Doc. 61);

WHEREAS, the Court ordered the motion for preliminary approval to be filed on June 3, 2016 (Doc. 62);

WHEREAS, the Parties have been diligently negotiating the terms of the settlement;

WHEREAS, the Parties have finalized the terms of the settlement in a written agreement and are awaiting the signature of Defendants' authorized agent; and

WHEREAS, the Parties request a one-week extension to file the motion for preliminary approval to allow the Parties to execute the written agreement.

NOW, THEREFORE, the Parties stipulate and respectfully request the following:

- That the deadline to file the motion for preliminary approval of the class settlement be continued one week to **June 10, 2016**.

IT IS SO STIPULATED.


DATED: June 3, 2016

*/s/ Kyle W. Nageotte*
MICHELLE B. HEVERLY
KARIN M. COGBILL
ROBERT W. PRITCHARD
KYLE W. NAGEOTTE
LITTLER MENDELSON, P.C.

Attorneys for Defendants
WEATHERFORD U.S. and WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.   Case No. 1:14-CV-01790 JLT
JOINT STIPULATION

DATED: June 3, 2016

*/s/ Hernaldo Baltodano (as authorized on 6/3/16)*
HERNALDO JOSE BALTODANO
ERICA FLORES BALTODANO
BALTODANO & BALTODANO LLP

*/s/ Paul K. Haines (as authorized on 6/3/16)*
PAUL K. HAINES
FLETCHER W. SCHMIDT
HAINES LAW GROUP, APC

Attorneys for Plaintiffs
STEPHANIE A. VEGA and MICHAEL D. McNATT

## **ORDER**

Having reviewed the Parties' Joint Stipulation, it is hereby **ORDERED**:

1. That the deadline to file the motion for preliminary approval of the class settlement, presently set for June 3, 2016, is continued; and

2. The motion for preliminary approval of the class settlement **SHALL** be filed no later than **June 10, 2016**.

IT IS SO ORDERED.

Dated:   **June 6, 2016**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

2.

CASE NO. 1:14-CV-01790-JLT