**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE VEGA and MICHAEL McNATT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>WEATHERFORD U.S. LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | Case No.: 1:14-cv-01790 - JLT<br><br>ORDER GRANTING FINAL APPROVAL OF THE CLASS NOTICE PACKETS |

Plaintiffs filed their amended Class Notice Packets (Doc. 76), which contain the information required by Rule 23(c) of the Federal Rules of Civil Procedure, including the nature of the action, the class definition approved by the Court, the claims and issues to be resolved, representation by counsel, how a class member may choose to be excluded from the class, the time and method to opt-out of the class, and the binding effect of a class judgment.  For these reasons, the finalized Class Notice Packets are **APPROVED**.

IT IS SO ORDERED.

Dated:   **August 2, 2016**                           **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE