1  MICHELLE B. HEVERLY, Bar No. 178660
   mheverly@littler.com
2  KARIN M. COGBILL, Bar No. 244606
   kcogbill@littler.com
3  LITTLER MENDELSON, P.C.
   333 Bush Street, 34th Floor
4  San Francisco, California  94104
   Telephone:     415.433.1940
5  Fax No.:       415.399.8490

6  KYLE W. NAGEOTTE, Bar No. 285599
   knageotte@littler.com
7  LITTLER MENDELSON, P.C.
   501 W. Broadway, Suite 900
8  San Diego, CA  92101.3577
   Telephone:     619.232.0441
9  Fax No.:       619.232.4302

10 Attorneys for Defendants
   WEATHERFORD U.S. and WEATHERFORD ARTIFICIAL
11 LIFT SYSTEMS, LLC

12 *(Additional Counsel listed on next page)*

13              UNITED STATES DISTRICT COURT

14              EASTERN DISTRICT OF CALIFORNIA

15

16 STEPHANIE A. VEGA and MICHAEL D.          CASE NO.  1:14-CV-01790 JLT
   McNATT, as an individuals, and on behalf
17 of all others similarly situated,          **JOINT STIPULATION AND ORDER
                                              REGARDING NOTICE TO FLSA AND
18              Plaintiff,                     CALIFORNIA CLASS MEMBERS
                                              FOLLOWING PRELIMINARY
19    vs.                                     APPROVAL OF SETTLEMENT**

20 WEATHERFORD U.S., LIMITED                  (Doc. 78)
   PARTNERSHIP, a Louisiana limited
21 partnership; WEATHERFORD
   ARTIFICIAL LIFT SYSTEMS, LLC, a
22 Delaware limited liability company; and
   DOES 3 through 10,
23
                Defendants.
24

25

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

Case No.  1:14-CV-01790 JLT

JOINT STIPULATION

1   HERNALDO JOSE BALTODANO, Bar No. 222286
    hjb@bbemploymentlaw.com
2   ERICA FLORES BALTODANO, Bar No. 222331
    efb@bbemploymentlaw.com
3   BALTODANO & BALTODANO LLP
    733 Marsh Street, Suite 110
4   San Luis Obispo, CA 93401
    Telephone:     805-322-3412
5   Fax No.:       805-322-3413

6   PAUL K. HAINES, Bar No. 248226
    phaines@haineslawgroup.com
7   FLETCHER W. SCHMIDT, Bar No. 286462
    fschmidt@haineslawgroup.com
8   HAINES LAW GROUP, APC
    2274 E Maple Avenue, Suite A
9   El Segundo, CA 90245
    Telephone:     (424) 292-2350
10  Fax No.:       (424) 292-2355

11  Attorneys for Plaintiffs
    STEPHANIE A. VEGA and MICHAEL D. McNATT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA
94108.2693
415.433.1940

JOINT STIPULATION

1    IT IS HEREBY STIPULATED by and between Plaintiffs STEPHANIE VEGA and

2  MICHAEL McNATT ("Plaintiffs") and Defendants WEATHERFORD U.S. AND

3  WEATHERFORD ARTIFICIAL LIFT SYSTEMS, LLC (collectively "Defendants") (collectively,

4  "the Parties"), by and through their attorneys of record:

5    WHEREAS, on July 22, 2016, this Court preliminary approved settlement in the above

6  captioned matter, and thereafter, on August 2, 2016, approved the notice and exclusion forms to be

7  sent to putative class members (CA) and FLSA collective action members (Docket Nos. 71 and 77);

8    WHEREAS, in preparation for mailing, the parties noticed an error on one of the notice

9  forms. Specifically, the notice directed to those employees and former employees who are members

10  of both classes (the California settlement class and the FLSA settlement class), incorrectly refers to

11  an exclusion form rather than providing instructions on how the FLSA collective action member

12  should exclude him or herself from further participation in the lawsuit. The parties have met and

13  conferred and agree that this language could cause confusion among these FLSA collective action

14  settlement class members who have already consented to join the FLSA action;

15    WHEREAS, the parties have further met and conferred and agree that the language of the

16  notice to this group of settlement class members should be modified as identified in Exhibit A

17  attached hereto and filed herewith (note that both redlined and clean copies have been filed with the

18  court as Exhibit A).

19    NOW, THEREFORE, the Parties stipulate and respectfully request the Court issue an Order

20  approving the revised notice form with the changes identified in Exhibit A.

21    IT IS SO STIPULATED.

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.                           Case No.  1:14-CV-01790 JLT

JOINT STIPULATION

1    DATED:  August 4, 2016

2                                                                    */s/ Kyle W. Nageotte*
                                                                     MICHELLE B. HEVERLY
3                                                                    KARIN M. COGBILL
                                                                     ROBERT W. PRITCHARD
4                                                                    KYLE W. NAGEOTTE
                                                                     LITTLER MENDELSON, P.C.
5
                                                                     Attorneys for Defendants
6                                                                    WEATHERFORD U.S. and WEATHERFORD
                                                                     ARTIFICIAL LIFT SYSTEMS, LLC
7

8

9    DATED:  August 3, 2016

10                                                                   */s/ Hernaldo Baltodano (as authorized on 6/3/16)*
                                                                     HERNALDO JOSE BALTODANO
11                                                                   ERICA FLORES BALTODANO
                                                                     BALTODANO & BALTODANO LLP
12

13                                                                   */s/ Paul K. Haines (as authorized on 6/3/16)*
                                                                     PAUL K. HAINES
14                                                                   FLETCHER W. SCHMIDT
                                                                     HAINES LAW GROUP, APC
15
                                                                     Attorneys for Plaintiffs
16                                                                   STEPHANIE A. VEGA and MICHAEL D.
                                                                     McNATT
17

18

19                                            **[PROPOSED] ORDER**

20           Having reviewed the Parties' Joint Stipulation, it is hereby ORDERED:

21           The revisions to the Notice to employees and former employees who are part of both

22   the California Settlement Class and the FLSA Settlement Class are **APPROVED**.

23   IT IS SO ORDERED.

24
         Dated:  __**August 4, 2016**__                          __**/s/ Jennifer L. Thurston**__
25                                                               UNITED STATES MAGISTRATE JUDGE

26

27

28

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA  94104
415.433.1940

                                                  2.

CASE NO. 1:14-CV-01790-JLT